AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Huck, Paul C | 2. Court or Organization SD - FL | 3. Date of Report 5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ● Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 99 N.E. Fourth Street Suite 1067 Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE – (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE – (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 JUN 27 A 10: 50
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Kozyak Tropin & Throckmorton - Deferred | 22,044.00 |
| 2. | 2004 | University of Miami | 6,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Self Employed - Small Business Owner |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FSP Satellite Place | B | Dividend | L | T | Buy | 05/04 | L | | 1099 – New |
| 19. Smith Barney Money Market | A | Dividend | J | T | | | | | |
| 20. Citibank USA | A | Interest | J | T | | | | | |
| 21. Smith Barney Money Fund #1 | A | Interest | M | T | | | | | |
| 22. Smith Barney Money Fund #2 | A | Interest | M | T | | | | | |
| 23. New York Life Insurance | B | Interest | J | T | | | | | |
| 24. Aim Blue Chip Fund CL A | A | Dividend | M | T | | | | | |
| 25. Aim Charter Fund CL A | A | Dividend | L | T | | | | | |
| 26. Aim Weingarten Fund Cl A | | None | L | T | | | | | |
| 27. Smith Barney S&P 500 Index | A | Dividend | L | T | | | | | |
| 28. Orange Cty FL Tourist DV Tax | C | Cap Gain | L | T | | | | | |
| 29. Palm Bch Cty. FL HFA M/Fam | | None | K | T | | | | | |
| 30. Fl Ports Fing Comm Rev | | None | | | Redemption | 10/04 | K | A | |
| 31. Mia-Dade Cty FL Pub Svc Tax | A | Cap Gain | L | T | | | | | |
| 32. Osceola Co Fl West 192 REDV | B | Cap Gain | L | T | | | | | |
| 33. Village Ctr Cmnty Dev Dist | B | Cap Gain | L | T | | | | | |
| 34. West Va St Hosp Fin Auth | A | Dividend | L | T | Buy | 07/04 | | | |
| 35. Davis NY Venture Fund A | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C - | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Davis NY Venture Fund B | A | Dividend | K | T | | | | | |
| 37. Aim Value Fund Cl A | A | Capital Gain | M | T | | | | | |
| 38. Aim Weingarten Fund Cl A | A | Capital Gain | L | T | | | | | |
| 39. American Express | A | Cap Gain | K | T | | | | | |
| 40. Bellsouth Corp | C | Dividend | | | Sell | 09/04 | J | C | |
| 41. Citigroup Inc | B | Dividend | M | T | Sale | 12/04 | K | E | |
| 42. Florida Rock Industries | A | Dividend | K | T | Partial Sale | 04/04 | J | C | |
| 43. Florida Rock Industries | A | Dividend | K | T | | | | | |
| 44. CFS Holdings, Inc. | | None | K | T | | | | | |
| 45. RPM International | | None | K | T | Sale | 05/04 | K | | |
| 46. Dell Computers | B | Cap Gain | K | T | Sale | 03/04 | K | B | |
| 47. Florida Banks | D | Cap Gain | K | T | Sale | 03/04 | K | E | |
| 48. Republic Bancshares Inc | D | Dividend | K | T | Sale | 01/04 | K | D | |
| 49. Exxon Mobil Corp | A | Dividend | L | T | | | | | |
| 50. Philip Morris | A | Dividend | K | T | | | | | |
| 51. Ishares TR MSCI EAFE INDEX FD | B | Dividend | L | T | | | | | |
| 52. ISHARES RUSSELL MIDCAP VALUE INDEX FD | B | Dividend | L | T | | | | | |
| 53. ISHARES TR RUSSELL MIDCAP INDEX FD | A | Dividend | L | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. | Ivax Corp | A | Cap Gain | J | T | Partial Sale | 10/04 | J | A | |
| 73. | Ivax Corp | B | Cap Gain | K | T | | | | | |
| 74. | Fifth Third Bancorp | B | CapGain | K | T | Sale | 02/04 | K | B | ... |
| 75. | Progressive Corp Ohio | E | Cap Gain | L | T | | | | | |
| 76. | Xerox Corp | C | Cap Gain | K | T | Sale | 03/04 | K | C | |
| 77. | Williams Cos Inc | D | Cap Gain | J | T | | | | | |
| 78. | Amgen Inc. | | None | K | T | Buy | 03/04 | K | | |
| 79. | Amgen Inc | | None | K | T | Sale | 05/04 | K | | |
| 80. | Amgen | C | Cap Gain | K | T | Buy | 08/04 | | | |
| 81. | AU Optronics | | None | J | T | Buy | 03/04 | J | | |
| 82. | AU Optronics | | None | | T | Sale | 07/04 | J | | |
| 83. | AU Optronics | | None | K | T | Buy | 03/04 | K | | |
| 84. | AU Optronics | | None | J | T | Sale | 06/04 | J | | |
| 85. | BCF Financial | | None | K | T | Buy | 03/04 | K | | |
| 86. | BCF Financial | | None | J | T | Sale | 08/04 | J | | |
| 87. | Comm.Bancshares (Omitted from 03 Report) | B | Cap Gain | J | T | Buy | 02/03 | J | | |
| 88. | Comm.Bancshares | D | Cap Gain | K | S | Sale | 11/04 | K | D | |
| 89. | WebMD Corp | | None | J | T | Buy | 01/04 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. Tyco Intl Ltd | B | Cap Gain | K | T | Buy | 06/04 | | | |
| 109. United Parcel Service | D | CapGain | K | T | Buy | 06/04 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _June 21, 2005_

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544